# United States Court of Appeals

### For the Eighth Circuit

———————————————

No. 12-2398

———————————————

Gamachu Mekonine Beyena,

*Plaintiff - Appellant*,

v.

Sunburst Transit, LLC,

*Defendant - Appellee*.

——————————

Appeal from United States District Court
for the District of Minnesota - Minneapolis

——————————

Submitted: October 17, 2012
Filed: October 29, 2012
[Unpublished]

——————————

Before LOKEN, BOWMAN, and COLLOTON, Circuit Judges.

——————————

PER CURIAM.

Gamachu Beyena appeals the decision of the district court,[1] dismissing with prejudice his employment-discrimination action against his former employer,

———————————————

[1] The Honorable Paul A. Magnuson, United States District Judge for the District of Minnesota.

Sunburst Transit, LLC.  The district court determined that his action was barred by res judicata.  After careful de novo review, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____